# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

BUFORD ROGERS, A/K/A BUCKY,

Case No. 13mj309 TNL

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 3, 2013, in Chippewa County, in the State and District of Minnesota, defendant(s)

> having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm in and affecting interstate commerce,

in violation of Title 18, United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Complainant's signature*

MARC A. RENSCH, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 3, 2013

*Judge's signature*

City and state: St. Paul, MN

The Honorable Tony N. Leung, U.S. Magistrate Judge
*Printed name and title*

SCANNED
MAY 06 2013
U.S. DISTRICT COURT ST. PAUL

STATE OF MINNESOTA )
) ss. AFFIDAVIT OF MARC A. RENSCH
COUNTY OF RAMSEY )

I, Marc A. Rensch, a Special Agent with the Federal Bureau of Investigation, having first been duly sworn upon his oath, deposes and states as follows:

1. Your Affiant is a Special Agent with the Federal Bureau of Investigation and has been so employed since 1999. I have been assigned to Minneapolis Division of the FBI since completing my training as a new agent. Since November of 2011, I have been assigned to the FBI squad responsible for investigating domestic terrorism matters.

2. The facts and information contained in this affidavit are based upon my own investigation and observations and those of other agents and law enforcement officers involved in the investigation. All observations referenced below that were not made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for the attached Application. It is not intended to include each and every fact and matter observed by me or known to the Government.

3. On May 3, 2013, agents of the FBI executed a federal search warrant on property located at 1204 Benson Road - Lot 8, Montevideo, Minnesota. The defendant BUFORD ROGERS, a/k/a Bucky, was present at the time of the warrant's execution.

4. Agents conducting the search located several items including Molotov Cocktails, suspected pipe bomb and firearms. One firearm recovered at BUFORD's

1

residence is described to me by agents on scene as a Romanian AK-M assault rifle with a serial number K8-2647-79. In a post-<u>Miranda</u> interview with ROGERS, he admits having recently fired this weapon on two separate occasions at a gun range in Granite Falls, Minnesota. Based upon conversations with nexus expert S.A. Martin Siebenaler of the B.A.T.F, there is probable cause to believe this assault rifle was manufactured outside of the State of Minnesota and at some point after manufacture traveled in interstate and/or foreign commerce into the State of Minnesota.

5. Your affiant is aware that BUFORD ROGERS has been convicted of the felony offense of Burglary in the Third Degree in 2011 in Lac Qui Parle County, Minnesota.

6. Your affiant knows that pursuant to Title 18, United States Code, Section 922 (g)(1), it is unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess, in or affecting commerce, any firearm or to receive any firearm which has been shipped or transported in interstate or foreign commerce.

7. Based on the facts set forth above, your affiant believes there is probable cause to believe that BUFORD ROGERS violated Title 18, United States Code, Section 922 (g)(1).

Dated this 3rd day of May 2013.

*[signature]*
MARC A. RENSCH
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 3rd day of May 2013.

*[signature]*
United States Magistrate Judge